UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                            Chapter 7

**143-30 SANFORD AVE LLC,**
                                                  Case No.: 23-43812-nhl
                    Debtor.

-------------------------------------------------------X

## Notice of Appearance

Notice is hereby given of the entry of the undersigned as counsel for Debtor 143-30 Sanford Ave LLC in this case. All notices, copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

        CLIFFORD OLSHAKER
        40-47 75^(TH) STREET, SUITE 300
        EAST ELMHURST, NY 11373

Dated:   Elmhurst, New York
           June 21, 2024

By:_____
CLIFFORD OLSHAKER
Attorney for Debtor
143-30 SANFORD AVE LLC
Law Office of Clifford Olshaker, P.C.
40-47 75th Street, 3rd Floor
Elmhurst, NY 11373
Phone (718) 429-2505
Fax (718) 429-2096
Cliffordolshaker@yahoo.com

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 21, 2024, a copy of the foregoing Notice of Appearance was served via ECF and 1st Class Mail on the following parties:

Lore Lapin Jones
Chapter 7 Trustee
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021

143-30 Sanford Ave LLC
143-30 Sanford Avenue
Flushing, NY 11355

Office of the United States Trustee
Eastern District of New York - Brooklyn
Alexander Hamilton Custom House
One Bowling Green, Suite 510
New York, NY 10004-1408

Vincent Garofalo
158-15 Cross Island Parkway
Whitestone, NY 11357

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Doris Shen
Hirshmark Capital LLC
1140 Broadway, Suite 304
New York, NY 10001

Gerard A. Geisweller, Esq.
Mattone, Mattone, Mattone, LLP
134-01 20th Avenue
College Point, NY 11356

LaMonica Herbst $ Maniscalco, LLP
Counsel to Lori Lapin Jones as Chapter 7 Trustee
3305 Jerusalim Avenue, Suite 201
Wantaugh, NY 11793

2