UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                              Chapter 7

143-30 SANFORD AVE LLC,                              Case No.: 23-43812-nhl

                      Debtor.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                        ss:
COUNTY OF NASSAU          )

       DENISE BISAGNI, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

       On June 21, 2024, deponent served **ECF No. 24**, AMENDED NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CHAPTER 7 TRUSTEE'S INTENDED SALE, by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:    see attached Service List

                                             *s/ Denise Bisagni*
                                             Denise Bisagni

Sworn to before me this 21st day of June 2024

*s/ Nina Proctor*
Nina Proctor
Notary Public, State of New York
No. 02PR6426394
Qualified in Nassau County
Commission Expires December 13, 2025

143-30 Sanford Ave LLC
143-30 Sanford Avenue
Flushing, NY 11355

Office of the United States Trustee
Eastern District of New York - Brooklyn
Alexander Hamilton Custom House
One Bowling Green, Suite 510
New York, NY 10004-1408

Vincent Garofalo
158-15 Cross Island Parkway
Whitestone, NY 11357

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Doris Shen
Hirshmark Capital LLC
1140 Broadway, Suite 304
New York, NY 10001

Gerard A. Geisweller, Esq.
Mattone, Mattone, Mattone, LLP
134-01 20th Avenue
College Point, NY 11356

*Potentially Interested Parties:*

New York City Dept of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl
New York, NY 10038

NYC Water Board
Richard J Costa
Senior Counsel - Bureau of Legal Affairs
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5108

NYC Environmental Control Board
100 Church Street, 1st Floor
New York, NY 10007

Commissioner of Labor
State of New York
W.A. Harriman Campus, Building 12
Albany, NY 12227

Thermal Profiles, Inc.
c/o Milton Milbauer
100 Dupont Street
Plainview, NY 11803

Clerk of the Court
Criminal Court of the City of New York
120-55 Queens Boulevard
Queens, NY 11424

Department of Housing Preservation and
Development of the City of New York
Attn: Joy Anakhu, Esq.
100 Church Street, Room 3-118
New York, NY 10007

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYS Dept. of Taxation & Finance
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

U.S. Department of Education
Attn: Federal Student Aid Bankruptcy Unit
50 United Nations Plaza, Mailbox 1200
Room 1240
San Francisco, CA 94102

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing and Urban Development
Office of Regional Counsel for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 - New York/Caribbean Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. Securities & Exchange Commission
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616

U.S. Small Business Administration
New York District Office
Attention: Diana St. Louis, District Counsel
26 Federal Plaza, Room 3100
New York, NY 10278

United States Attorney's Office
Eastern District of New York
Atten: David Cooper, Chief of Bankruptcy Litigation
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201-1820

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
143-30 Sanford Avenue, Apt. 1A
Flushing, NY 11355

▮▮▮▮
143-30 Sanford Avenue, Apt. 1B
Flushing, NY 11355

▮▮▮▮▮▮▮▮▮▮
143-30 Sanford Avenue, Apt. 1C
Flushing, NY 11355

▮▮▮▮▮▮
143-30 Sanford Avenue, Apt. 1D
Flushing, NY 11355

▮▮▮▮▮
143-30 Sanford Avenue, Apt. 1E
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 1G
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 1H
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 1J
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2A
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2B
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2C
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2D
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2E
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2F
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2G
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2H
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2J
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2K
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2L
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 2M
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3A
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3B
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3C
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3D
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3E
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3F
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3G
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3H
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3J
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3K
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3L
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 3M
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 4A
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 4B
Flushing, NY 11355

▓▓▓▓▓▓
143-30 Sanford Avenue, Apt. 4C
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4D
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4E
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4F
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4G
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4H
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4J
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4K
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4L
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 4M
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5A
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5B
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5C
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5D
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5E
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5F
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5G
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5H
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5J
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5K
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5L
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 5M
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6A
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6B
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6C
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6D
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6E
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6F
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6G
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6H
Flushing, NY 11355

143-30 Sanford Avenue, Apt. 6J
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 6K
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 6L
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 6M
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7A
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7B
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7C
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7D
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7E
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7F
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7G
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7H
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7J
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7K
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7L
Flushing, NY 11355

▬▬▬▬▬
143-30 Sanford Avenue, Apt. 7M
Flushing, NY 11355

Joel Spitzer
1178 Broadway, Suite 65
New York, NY 10001