UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

**143-30 SANFORD AVE LLC,**

    Debtor,

---

Case No. 23-43812-nhl
(Chapter 7)

**ORDER TO SHOW CAUSE**

Upon the Declaration of Vincent Garofalo, executed on the 1st day of August 2023, and upon Debtor's Memorandum of Law, dated on the 1st day of August 2024, the exhibits annexed thereto, good cause being shown therefore:

**IT IS HEREBY ORDERED**, that Lori Lapin Jones, in her capacity as Chapter 7 Trustee, Sanford Funding LLC, and Gerard A. Geisweller, Esq., in his capacity as receiver for the premises located at 143-30 Sanford Avenue, Flushing, NY 11355 (the "Premises"), show cause before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in Courtroom ____ at the United States Bankruptcy Court for the Eastern District of New York with an address of 271-C Cadman Plaza E #1595, Brooklyn, NY 11201 on _____ at _____, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to:

a) 11 U.S.C. § 707(a) dismissing the case;

b) Staying the Trustee's sale of the Premises presently scheduled for August 8, 2024;

c) Granting to the Debtor such other and further relief as to the Court shall deem just and proper, it is further:

**ORDERED** that the Trustee's Sale of the Premises, presently scheduled for August 8, 2024 is stayed pending the hearing and determination of this Motion.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of business day on _____, upon

_____

_____

, and upon the Trustee Lori Lapin Jones, and the United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," United States Trustee, and the Debtor and his counsel on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge