**EXHIBIT A**

# Department of State
## Division of Corporations

## Entity Filing History

[Return to Results]   [Return to Search]

### Entity Details

**ENTITY NAME:** 143-30 SANFORD AVE LLC
**DOS ID:** 5363090
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 06/21/2018
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 06/21/2018
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 06/30/2024
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 01/21/2022 | 32 | BIENNIAL STATEMENT | SERVICE OF PROCESS | 1 | 220121001743 |
| 09/04/2018 | 49 | CERTIFICATE OF PUBLICATION | | 6 | 180904000681 |
| 06/21/2018 | 01 | ARTICLES OF ORGANIZATION | | 2 | 180621010084 |

Rows per page: 5    1-3 of 3