**EXHIBIT D**

*Giovanni Garofalo*

In Loving Memory of

**Giovanni Garofalo**

August 14, 1934
July 27, 2024

*We hold you close within our hearts and there you shall remain.*

*To walk with us throughout our lives until we meet again.*

*. Riposa in pace.*

**DRAGO**
FUNERAL HOME & CREMATION SERVICES