UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 23-43812-nhl<br>(Chapter 7) |
| **143-30 SANFORD AVE LLC**, | **ORDER TO SHOW CAUSE** |
| Debtor, | |

Upon the Declaration of Vincent Garofalo, executed on the 1st day of August 2024, and upon Debtor's Memorandum of Law, dated on the 1st day of August 2024, the exhibits annexed thereto:

**IT IS HEREBY ORDERED**, that Lori Lapin Jones, in her capacity as Chapter 7 Trustee, Sanford Funding LLC, and Gerard A. Geisweller, Esq., in his capacity as receiver for the premises located at 143-30 Sanford Avenue, Flushing, NY 11355 (the "Premises"), shall appear telephonically on **August 7, 2024 at 3:00 p.m. (EST)** (the "Hearing") before the Honorable Nancy Hershey Lord, U.S.B.J., United States Bankruptcy Court, Eastern District of New York or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to:

a) 11 U.S.C. § 707(a) dismissing the case;

b) Staying the Trustee's sale of the Premises presently scheduled for August 8, 2024;

c) Granting to the Debtor such other and further relief as to the Court shall deem just and proper, it is further:

**_ORDERED, that all participants (including attorneys, clients, and pro se parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions_**

***set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Once registered, eCourt Appearances will email the telephone number and/or video link for your hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until*** 48 hours before the hearing date. ***Those registering with eCourt Appearances less than 48 hours in advance of the hearing should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further***

~~**ORDERED** that the Trustee's Sale of the Premises, presently scheduled for August 8, 2024 is stayed pending the hearing and determination of this Motion.~~ *(NHL)*

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of business day on **August 2, 2024**, ***upon Lori Lapin Jones, in her capacity as Chapter 7 Trustee, counsel for the Trustee Lamonica Herbst & Maniscalco LLP attn: Holly R. Holecek, Sanford Funding LLC and its counsel, and Gerard A. Geisweller, Esq., in his capacity as receiver for the Premises by e-mail and by overnight mail; and it is further*** *(NHL)*

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court ~~along with an extra copy marked "Chambers Copy," United States Trustee, and the Debtor and his counsel on or before_____~~ ***on or before August 6, 2024 and served upon the Debtor's counsel by e-mail***; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: August 2, 2024
Brooklyn, New York



_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge