# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 8/2/2024 |
| Case: 1−23−43812−nhl | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty        Clifford B Olshaker     cliffordolshaker@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        143−30 Sanford Ave LLC     143−30 Sanford Avenue     Flushing, NY 11355

TOTAL: 1