# NOTICE OF SALE

SUPREME COURT COUNTY OF QUEENS, SANFORD FUNDING LLC, Plaintiff, vs. 143-30 SANFORD AVE LLC, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on August 15, 2023, I, the undersigned Referee will sell at public auction on the outside steps of the Queens County Supreme Court, 88-11 Sutphin Boulevard, Jamaica, NY 11435 on October 20, 2023 at 10:45 a.m., premises known as 143-30 Sanford Avenue, Flushing, NY 11355. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, Block 5183 and Lot 20. Approximate amount of judgment is $13,263,173.12 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #709057/2021. The Referee shall comply with the Eleventh Judicial District's COVID-19 policies concerning public auctions of foreclosed properties. These policies, along with the Queens County Foreclosure's Auction Rules, can be found on the Queens Supreme Court - Civil Term website.

Frank Bruno, Jr., Esq., Referee

Borchert & LaSpina, P.C., 19-02 Whitestone Expressway, Suite 302, Whitestone, New York 11357, Attorneys for Plaintiff