**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Lori Lapin Jones, as Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary F. Herbst, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 7

143-30 SANFORD AVE LLC,                                    Case No.: 23-43812-nhl

              Debtor.
---------------------------------------------------------x

## **AFFIRMATION OF SERVICE**

       **NINA PROCTOR, ESQ.**, an attorney admitted to practice before this Court, being duly sworn, deposes and says:

       I certify that on August 6, 2024, I served copies of **ECF No. 30**, OBJECTION OF CHAPTER 7 TRUSTEE TO DEBTOR'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(A), by e-mail upon the attorneys/parties listed below at the e-mail addresses listed.

TO:    Clifford B. Olshaker, Esq.
          Law Office of Clifford Olshaker
          *Counsel to Debtor*
          cliffordolshaker@yahoo.com

          Office of the United States Trustee
          Attn: Nazar Khodorovsky, Esq.
          Nazar.Khodorovsky@usdoj.gov

          Kevin J. Nash, Esq.
          Goldberg Weprin Finkel Goldstein LLP
          *Counsel to Sanford Funding LLC*
          knash@gwfglaw.com

          Gerard A. Grisweller, Esq.
          Mattone, Mattone, Mattone LLP
          gerard@mattone.com

          NYC Law Department
          Hugh Shull, Esq.
          hughs@law.nyc.gov

NYC Department of Finance
Office of Legal Affairs
Collections Unit-RPT Taxes
seremetisv@finance.nyc.gov

NYC Water Board
Attn: Richard J. Costa, Senior Counsel
Bureau of Legal Affairs
rcosta@dep.nyc.gov
waterboardbankruptcy@dep.nyc.gov

Dated: August 6, 2024

*s/ Nina Proctor*
Nina Proctor