UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| 143-30 SANFORD AVE LLC, | Case No.: 23-43812-nhl |
| Debtor. | |

---------------------------------------------------------x

**ORDER DENYING DEBTOR'S MOTION TO DISMISS THE CASE
PURSUANT TO 11 U.S.C. § 707(a)**

Upon the motion dated August 1, 2024 ("Motion") [ECF No. 27] filed on behalf of 143-30 Sanford Ave LLC ("Debtor") seeking entry of an Order to Show Cause to dismiss the Debtor's Chapter 7 case pursuant to 11 U.S.C. § 707(a) ("Bankruptcy Code"); and upon the Order to Show Cause entered on August 2, 2024 [ECF No. 28]; and upon the objection of Lori Lapin Jones, solely in her capacity as Chapter 7 Trustee of the Debtor's estate ("Trustee"), dated August 6, 2024 ("Trustee Objection") [ECF No. 30] and related Affirmation of Service [ECF No. 32]; and upon the objection of Sanford Funding LLC ("Lender") dated August 6, 2024 ("Lender Objection") [ECF No. 31]; and upon the hearing conducted on August 7, 2024 ("Hearing"); and the Debtor having appeared at the Hearing through its counsel; and the Trustee having appeared at the hearing through her counsel; and the Lender having appeared at the Hearing through its counsel; and receiver Gerard A. Geisweller, Esq. having appeared at the Hearing; and upon the record of the Hearing; and after due deliberation and good cause appearing therefor; and for the reasons stated by the Court at the Hearing, **IT IS HEREBY ORDERED THAT:**

1. The Trustee Objection and the Lender Objection are sustained, and the Debtor's Motion is denied in its entirety.



Dated: August 14, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord
United States Bankruptcy Judge**