**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

Holly R. Holecek, Esq.
Partner
Mobile: (516) 729-1157
hrh@lhmlawfirm.com

February 26, 2025

Hugh Shull, Esq., Senior Counsel
NYC Law Department
Tax and Bankruptcy Litigation Division
100 Church Street
New York, New York 10007

*In re 143-30 Sanford Ave LLC*
**Chapter 7**
<u>Case No.: 23-43812-nhl</u>

Dear Mr. Shull:

I write on behalf of Lori Lapin Jones, the Chapter 7 Trustee ("<u>Trustee</u>") of the estate of 143-30 Sanford Ave LLC ("<u>Debtor</u>").

On or about August 8, 2024, a proof of claim was filed by the NYC Office of Administrative Trials & Hearings in the amount of $98,897.83 as a partially-secured claim ("<u>Claim 3</u>").

In connection with the Trustee's closing on the sale of the Debtor's real property, the Trustee paid the agreed-upon sum of $32,018.32 in satisfaction of the secured portion of Claim 3. As a result, Claim 3 should be reduced, reclassified and allowed as a general unsecured claim in the amount of $66,879.51. If this is consistent with your understanding, kindly return a signed copy of this letter to my attention so that I can file it with the Court.

Thank you.

Sincerely,

Holly R. Holecek

**AGREED AND CONSENTED TO REDUCE, RECLASSIFY AND ALLOW CLAIM 3 IN THE AMOUNT OF $66,879.51:**

Hugh Shull, Esq., Senior Counsel
NYC Law Department