UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                          Chapter 7

143-30 SANFORD AVE LLC,                                          Case No.: 23-43812-nhl

                Debtor.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ss:
COUNTY OF NASSAU    )

        LAURA NUZZI, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

        On April 8, 2025, deponent served **ECF No. 41**, NOTICE OF PRESENTMENT OF STIPULATION AND ORDER RESPECTING PAYMENT OF FUNDS TO SANFORD FUNDING LLC, by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO*:*    *see attached Service List*

                                                        *s/ Laura Nuzzi*
                                                        Laura Nuzzi

Sworn to before me this 8th day of April 2025

*s/ Nina Proctor*
Nina Proctor
Notary Public, State of New York
No. 02PR6426394
Qualified in Nassau County
Commission Expires December 13, 2025

## SERVICE LIST

| | | |
|---|---|---|
| Clifford B Olshaker, Esq.<br>Law Office of Clifford Olshaker<br>Counsel to 143-30 Sanford Ave, LLC<br>40-47 75th St<br>Elmhurst, NY 11373 | Office of the United States Trustee<br>Eastern District of New York - Brooklyn<br>Attn.: Sylvia Shweder, Esq.<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY 10004-1408 | Kevin J. Nash, Esq.<br>Goldberg Weprin Finkel Goldstein LLP<br>125 Park Avenue, 12th Floor<br>New York, NY 10017 |
| Doris Shen<br>Hirshmark Capital LLC<br>1140 Broadway, Suite 304<br>New York, NY 10001 | Gerard A. Geisweller, Esq.<br>Mattone, Mattone, Mattone, LLP<br>134-01 20th Avenue<br>College Point, NY 11356 | Joel Spitzer<br>1178 Broadway, Suite 65<br>New York, NY 10001 |
| Vincent Garofalo<br>158-15 Cross Island Parkway<br>Whitestone, NY 11357 | | |
| ***Proofs of Claim:*** | New York City Dept of Finance<br>Office of Legal Affairs<br>Collections Unit-RPT Taxes<br>375 Pearl Street, 30th fl<br>New York, NY 10038 | NYC Water Board<br>Richard J Costa<br>Senior Counsel - Bureau of Legal Affairs<br>59-17 Junction Blvd, 13th Fl<br>Elmhurst, NY 11373-5108 |
| NYC Office of Administrative Trials & Hearings<br>66 John St, 10th Fl<br>New York, NY 10038 | NYC Department of Buildings<br>Attn Megan Brandon<br>280 Broadway<br>New York, NY 10007 | |
| ***Other Potentially Interested Parties:*** | NYC Law Department<br>Tax and Bankruptcy Litigation Division<br>Attn.: Hugh Shull, Esq.sy<br>100 Church Street<br>New York, NY 10007 | New York City Dept of Finance<br>Office of Legal Affairs<br>Collections Unit-RPT Taxes<br>375 Pearl Street, 30th fl<br>New York, NY 10038 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | NYS Dept. of Taxation & Finance<br>Bankruptcy Unit -TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | NYS Department of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-5300 |