| Information to identify the case: | | |
|---|---|---|
| Debtor | 143–30 Sanford Ave LLC | EIN: 83–1473090 |
| | Name | |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 7  10/19/23 |
| Case number: 1–23–43812–nhl | | |

# STATEMENT OF CLERK'S COST

**NOTICE IS HEREBY GIVEN THAT:**

In response to your **request for special charges** dated **May 13, 2025**, in preparation of your final report, below please see the **Clerk's cost** for the above–captioned case:

- ☐ Notices: $
- ☐ Adversary Proceedings: $
- ☐ Reopen Fee: $
- ☐ Conversion Fee: $
- ☐ Appeals: $
- ☐ Motion to Sell Free and Clear of Liens Section 363(f): $
- ☐ Other: $
- ☑ No Fee Due

Dated: May 15, 2025

For the Court, Paul Dickson, Clerk of Court

**BLstmtclkcst2.jsp** [Statement of Clerk's Cost rev. 02/01/17]