## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/15/2025 |
| Case: 1−23−43812−nhl | Form ID: 306 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Lori Lapin Jones      ljones@jonespllc.com
aty      Holly R. Holecek      hrh@lhmlawfirm.com

TOTAL: 3