**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: 143-30 SANFORD AVE LLC           §           Case No. 23-43812-NHL
                                        §
                                        §
                                        §
           Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lori Lapin Jones, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court, Eastern District of N.Y.
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Date Mailed: 07/08/2025                    By: /s/ Lori Lapin Jones, Trustee
                                                              Trustee

Lori Lapin Jones
98 Cutter Mill Road,
Suite 255 South
Great Neck, NY 11021
(516) 466-4110

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:143-30 SANFORD AVE LLC § Case No. 23-43812-NHL
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 3,085,836.45 |
| *and approved disbursements of:* | $ | 2,703,807.42 |
| *leaving a balance on hand of[1] :* | $ | 382,029.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| LENDER | Sanford Funding LLC (return of funds) | 0.00 | 753,043.75 | 625,000.00 | 128,043.75 |
| 1 | New York City Dept of Finance | 918,155.74 | 1,385,898.58 | 1,385,898.58 | 0.00 |
| 2 | NYC Water Board | 547,842.09 | 600,000.00 | 600,000.00 | 0.00 |
| 3S | NYC Office of Administrative Trials & Hearings | 87,877.83 | 32,018.32 | 32,018.32 | 0.00 |

Total to be paid to secured creditors: $ 128,043.75
Remaining balance: $ 253,985.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lori Lapin Jones | 70,000.00 | 0.00 | 70,000.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Expenses - Lori Lapin Jones | 361.59 | 0.00 | 361.59 |
| Attorney for Trustee Fees (Other Firm) - LAMONICA HERBST & MANISCALCO LLP | 52,997.19 | 0.00 | 52,997.19 |
| Attorney for Trustee Expenses (Other Firm) - LAMONICA HERBST & MANISCALCO LLP | 4,921.22 | 0.00 | 4,921.22 |
| Accountant for Trustee Fees (Other Firm) - JOSEPH A. BRODERICK PC | 1,720.00 | 0.00 | 1,720.00 |
| Realtor for Trustee Fees - M.Y.C. ASSOCIATES | 75,000.00 | 0.00 | 75,000.00 |
| Other Professional's Expenses - M.Y.C. ASSOCIATES | 28,985.28 | 0.00 | 28,985.28 |

Total to be paid for chapter 7 administrative expenses: $ 233,985.28
Remaining balance: $ 20,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,000.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,000.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $66,879.51 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | NYC Office of Administrative Trials & Hearings | 66,879.51 | 0.00 | 20,000.00 |

Total to be paid for timely general unsecured claims: $ 20,000.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $47,375.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | NYC Department of Buildings | 47,375.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

|  | Prepared By: /s/ Lori Lapin Jones, Trustee |
|---|---|
|  | Trustee |

Lori Lapin Jones
98 Cutter Mill Road,
Suite 255 South
Great Neck, NY 11021
(516) 466-4110

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**